IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RICHARD HOWE, | § § § | |
| Plaintiff, | § § § | CIVIL ACTION |
| | § § | FILE NO. |
| vs. | § § | |
| TRANSWORLD SYSTEMS, INC., | § § § § § | |
| Defendant. | § § § | |

COMPLAINT FOR DAMAGES

INTRODUCTION

1.

This is an action for damages against defendant for violation of the Federal Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq*,

SUBJECT MATTER JURISDICTION

2.

Subject matter jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), and 28 U.S.C. §§ 1331 and 1337 (federal question jurisdiction).

PARTIES AND PERSONAL JURISDICTION

3.

Plaintiff is a resident of this State, District, and Division, and is authorized by law to bring this action.

4.

Defendant Transworld Systems, Inc. [hereinafter sometimes referred to as "Transworld"] is a corporation organized under the laws of the State of California.

5.

Transworld is subject to the jurisdiction and venue of this Court.

6.

Transworld may be served through its registered agent in the state of Georgia, C. T. Corporation System, 1201 Peachtree Street, N.E., Atlanta, Fulton County, Georgia   30361.

7.

Alternatively, Defendant may be served through an officer or or authorized agent at the corporation's principal place of business, ie., Sessions, Fishman, Nathan & Israel, LLC, 3850 N. Causeway Blvd, Suite 200, Metairie, LA   70002.

FACTS

8.

On or about August 11, 2010 Transworld sent a collection letter to Plaintiff stating a past due balance existed at that time, when in actuality the balance of the account was zero.

9.

Transworld attempted to collect a debt that was not owed by the Defendant at the time the demand was made.

10.

Transworld is in the business of collecting debts.

11.

Transworld regularly collects or attempts to collect on debts

which are past due or in default.

                                12.

   Transworld is a debt collector subject to the provisions of the Fair Debt Collection Practices Act.

                                13.

   As a result of the actions of Transworld, Plaintiff suffered actual damages.

                                14.

   Plaintiff has complied with all conditions precedent for bringing this action.

                         CAUSE OF ACTION

                                15.

   Transworld's actions violated the FDCPA.

                                16.

   Transworld's violations of the FDCPA include, but are not limited to, the following:

   a)   Transworld falsely represented the character, amount, or legal status of the debt, in violation of 15 U.S.C. § 1692e(2)(A);

   b)   Transworld used false representations and deceptive means to attempt to collect a debt, in violation of 15 U.S.C. § 1692e(10); and

   c)   Transworld attempted to collect an amount which was not owed, in violation of 15 U.S.C. § 1692f(1).

                                17.

   As a result of Defendant's actions, Plaintiff is entitled to an award of statutory and actual damages, as well

as an award of costs and attorney's fees.

WHEREFORE, Plaintiff respectfully prays that Judgment be entered against the Defendant as follows:

a) That Plaintiff be awarded statutory, actual, general, special and punitive damages;

b) That Plaintiff be awarded the costs of litigation including a reasonable attorney's fee;

c) That Plaintiff be awarded all costs of this action, and for such other relief as the Court deems just and proper.

_S/Scott M. Stevens_
Scott M. Stevens
Attorney for Plaintiff
Georgia Bar No. 680845

Howe & Associates, P.C.
4385 Kimball Bridge Road
Suite 100
Alpharetta, Georgia   30022
678-566-6800